■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS BARBIERI, Appellant. [8 NYS3d 595]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision

and order of this Court dated August 29, 1994 (*People v Barbieri*, 207 AD2d 554 [1994]), affirming a judgment of the County Court, Nassau County, rendered September 30, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Leventhal, J.P., Austin, Miller and Duffy, JJ., concur.